UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

UNITED STATES OF AMERICA )
)
      vs. )     CAUSE NO. 3:10-CR-54 RM
)
FRED OSBORNE )

## ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on July 9, 2010 [Doc. No. 24]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Fred Osborne's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. § 922(g)(1).

SO ORDERED.

ENTERED:  August 2, 2010

    /s/ Robert L. Miller, Jr.
Judge
United States District Court